IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PERSONALIZED MEDIA
COMMUNICATIONS, LLC,

                Plaintiff,

      v.

AMAZON.COM, INC., AMAZON WEB
SERVICES, LLC

             Defendants.

Civil Action No. 13-1608-RGA

ORDER

Having reviewed the relevant papers, for the reasons stated in the accompanying

Memorandum Opinion, **IT IS HEREBY ORDERED**:

Defendants' Motion for Judgment on the Pleadings (D.I. 86) is **GRANTED**.

In addition, Defendants' Motion for Summary Judgment of Indefiniteness (D.I. 88) and

Plaintiff's Motion to Stay Pending Resolution of *Inter Partes* Review (D.I. 128) are

**DISMISSED AS MOOT.**

Entered this 10 day of August, 2015.

_____
United States District Judge