IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS LLC, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 13-1608-RGA |
| AMAZON.COM INC., et al., | : : | |
| Defendants. | : | |

### JUDGMENT

For reasons set forth in the Court's Memorandum Opinion and Order dated August 10, 2015 (D.I. 148, 149);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants Amazon.com, Inc. and Amazon Web Services, LLC, and against Plaintiff Personalized Media Communications LLC.

_____
United States District Judge

Dated: 8-11-2015

_____
(By) Deputy Clerk